IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

**RECEIVED**
NOV 1 8 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:14-cr-63 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| QUANG CHAM, and | ) | T. 21 U.S.C. § 841(a)(1) |
| MICHAEL ROBERT PARHAM | ) | T. 21 U.S.C. § 846 |
| | ) | T. 21 U.S.C. § 841(b)(1)(C) |
| Defendants. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Conspiracy to Distribute Methamphetamine)

That from a date unknown, but beginning during or about August 7, 2013, and continuing until at least on or about May 29, 2014, in the Southern District of Iowa and elsewhere, the defendants, QUANG CHAM and, MICHAEL ROBERT PARHAM, did knowingly and intentionally conspire with other persons, known and unknown, to distribute a mixture and substance containing methamphetamine and actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

**A TRUE BILL.**

/s/
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By: /s/
Adam J. Kerndt
Assistant United States Attorney