# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 21, 2015

Ms. Bonnie Munoz
220 E. Alhambra Road
Alhambra, CA  91801

   RE:  15-1740  United States v. Quang Cham

Dear Counsel:

   Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                Michael E. Gans
                Clerk of Court

JPP

Enclosure(s)

cc:  Mr. Adam Kerndt
   Ms. Marjorie Krahn
   Mr. Jeffrey Bryan Lang

    District Court/Agency Case Number(s):   3:14-cr-00063-JAJ-1

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 15-1740
_____

United States of America

Plaintiff

v.

Quang Cham

Defendant

Bonnie Munoz

Movant - Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:14-cr-00063-JAJ-1)
_____

**JUDGMENT**

Before MURPHY, BOWMAN and GRUENDER, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

April 21, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans